# Court of Appeals
# of the State of Georgia

ATLANTA, January 17, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0028.  IN THE INTEREST OF I. H. H., A CHILD (MOTHER).**

Upon consideration of the mother's First Motion for Extension of Time to File Application for Discretionary Appeal in the above-styled matter in which her parental rights to the child I. H. H. were terminated, the same is hereby GRANTED. The mother shall have until Monday, January 23, 2017, to file her application for discretionary appeal in the above-styled matter.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 01/17/2017
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*